**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **TERESA R. ROBINSON**<br>Administrator of the **ESTATE OF CARL TACKETT**, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>**M & M CARTAGE COMPANY, INC.**<br>C/O Daniel P. Cavanaugh,<br>Statutory Agent<br>89 West Martin Street<br>P.O. Box 2<br>East Palestine, OH 44413<br><br>and<br><br>**ERIC L. RANDOLPH**<br>30250 Nantucket Drive #9<br>Farmington Hills, MI 48336<br><br>    Defendants. | Case No.:<br><br>Judge<br><br>**COMPLAINT WITH JURY DEMAND ENDORSED HEREON**<br><br>Michael Jay Leizerman (0063945)<br>Joshua M Leizerman (0088359)<br>Leizerman & Associates<br>3450 W. Central Avenue, Suite 328<br>Toledo, OH 43606<br>Phone: (419) 243-1010<br>Facsimile: (419) 243-8200<br>michael@leizerman.com<br>josh@leizerman.com<br><br>Charles M. Rittgers (0086567)<br>Rittgers & Rittgers<br>12 East Warren Street<br>Lebanon, OH 45036<br>Phone: (513) 932-2115<br>Facsimile: (513) 934-2201<br>charlie@rittgers.com<br><br>*Attorneys for Plaintiff* |

Teresa Robinson, as Administrator of the Estate of Carl Tackett, deceased, files the following complaint.

**OVERVIEW**

On October 9, 2017, an M & M Cartage Company semi-tractor trailer changed lanes on Interstate 75, entering Plaintiffs' lane of travel, causing Cody Tackett to lose control, spin out across the highway, and strike another tractor trailer. As a result, Carl Tackett was killed.

1

**PARTIES**

1. Teresa Robinson is a domiciliary and citizen of the State of West Virginia, residing in Mingo County.

2. Defendant M & M Cartage Company, Inc. ("M & M Cartage") is registered with the Federal Motor Carrier Safety Administration with a USDOT number of 325199 and is a business entity organized and existing under the laws of the State of Kentucky with its principal place of business in Louisville, Kentucky. Defendant M & M Cartage has designated Daniel P. Cavanaugh, located at 89 West Martin Street, East Palestine, Ohio 44413, as its agent for the purposes of service of process of this complaint under 49 C.F.R. §366.

3. Defendant Eric L. Randolph resides at 30250 Nantucket Drive #9, Farmington Hills, Michigan 48836.

**JURISDICTION and VENUE**

4. Plaintiff's claims are brought under 28 U.S.C. § 1332(a)(1), based upon diversity of citizenship.

5. Since Plaintiff is a citizen of West Virginia, no Defendant is a citizen of Ohio and the amount in controversy, exclusive of costs and interest, exceeds $75,000, diversity jurisdiction exists in this Honorable Court.

6. Venue is appropriate in this Court as this action arises from a motor vehicle collision occurring in Liberty Township, Butler County, Ohio, which is located in this judicial district.

## FIRST CAUSE OF ACTION
*Wrongful Death - Negligence of Eric Randolph*

7. All allegations and causes of action in this Complaint, pled above and below, are incorporated into this cause of action by reference.

8. Plaintiff brings this Cause of Action under Ohio's Wrongful Death Statute, found at R.C. § 2125.

9. On or about October 9, 2017, Defendant Eric Randolph was operating a semi-tractor trailer heading southbound on Interstate 75 in the right center lane. Carl Tackett and Cody Tackett were heading southbound on Interstate 75, as well, in the right lane. Defendant Eric Randolph changed lanes and struck the Tackett's vehicle, causing them to lose control, spin out across the highway, and strike a separate tractor trailer that was traveling southbound in the left center lane.

10. Defendant Eric Randolph had a duty to drive his semi-tractor trailer in a safe and reasonable manner, to obey all traffic laws, to identify other vehicles on the road, including Carl Tackett and Cody Tackett, and to recognize and yield to traffic.

11. On October 9, 2017, Defendant Eric Randolph failed in the above-mentioned duties and is therefore negligent.

12. Defendant Eric Randolph's negligence was the direct and proximate cause of Carl Tackett's injuries and death.

13. As a direct and proximate result of the negligence of all defendants, Carl Tackett's next of kin and beneficiaries, including wife, Melissa Tackett and son, Cody Tackett, have experienced loss of support; loss of services; loss of inheritance; loss of his society, including loss of companionship, consortium, care, love, assistance,

attention, protection, advice, guidance, counsel, instruction, training, and education; along with mental pain, anguish and emotional trauma.

14. Carl Tackett's next of kin have experienced past grief, mental anguish and bereavement as a result of his death, and will experience the same in the future.

15. Defendant Eric Randolph's actions demonstrate a conscious disregard for the rights and safety of Carl Tackett and the rest of the motoring public, acting with reckless indifference to the consequences to others despite being aware of its conduct and knowing there was a great probability of causing substantial harm.  Accordingly, Plaintiffs demand punitive damages against Defendant Eric Randolph.

## **SECOND CAUSE OF ACTION**
*Survival Action*

16. All allegations and causes of action in this Complaint, pled above and below, are incorporated into this cause of action by reference.

17. As a direct and proximate result of the negligence of all defendants, Carl Tackett experienced terror and conscious anguish, suffering and pain prior to his death.

## **THIRD CAUSE OF ACTION**
*Vicarious Liability of Defendant M & M Cartage*

18. All allegations and causes of action in this Complaint, pled above and below, are incorporated into this cause of action by reference.

19. At all relevant times, Defendant Eric Randolph was the employee, agent, servant, or independent contractor for Defendant M & M Cartage. Accordingly, Defendant M & M Cartage is vicariously liable for the acts of Defendant Eric Randolph described in the causes of action above.

20. Regardless of the employment or agency relationship, Defendant M & M Cartage is an interstate motor carrier and the registered owner of the USDOT number 325199

displayed on the tractor-trailer involved in this collision and is therefore responsible for the acts of the defendant driver.

### FOURTH CAUSE OF ACTION
*Negligence of Defendant M & M Cartage*

21. All allegations and causes of action in this Complaint, pled above and below, are incorporated into this cause of action by reference.

22. Defendant M & M Cartage had a duty to act reasonably in hiring, instructing, training, supervising and retaining all drivers operating under its federal motor carrier operating authority and other employees and agents, including Defendant Eric Randolph, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe. Defendant M & M Cartage had a duty to exercise reasonable care in all its actions and omissions.

23. Defendant M & M Cartage had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent and qualified drivers.

24. Defendant M & M Cartage failed in the above-mentioned duties and was therefore negligent.

25. Defendant M & M Cartage's negligence was the direct and proximate cause of the injuries and death of Carl Tackett, and the damages described in this Complaint.

26. Defendant M & M Cartage's actions demonstrate a conscious disregard for the rights and safety of Carl Tackett and the rest of the motoring public, acting with reckless indifference to the consequences to others despite being aware of its conduct and knowing there was a great probability of causing substantial harm. Accordingly, Plaintiff demands punitive damages against Defendant M & M Cartage.

**WHEREFORE**, Plaintiff respectfully requests judgment in her favor and against all Defendants, in an amount that is just and fair and in excess of seventy-five thousand dollars ($75,000.00) (exclusive of costs and interest), in addition to punitive damages, costs and other relief that this Honorable Court deems just under the circumstances.

    Respectfully submitted,

    /s/ Michael Jay Leizerman
    Michael Jay Leizerman
    Attorney for Plaintiff

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all triable issues.

    /s/ Michael Jay Leizerman
    Michael Jay Leizerman
    Attorney for Plaintiff