# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **Teresa R. Robinson** ) | **Case No. 1:18-CV-220-MRB** |
| **Administrator of the Estate of** ) | |
| **Carl Tackett, Deceased,** ) | **Judge Michael R. Barrett** |
| ) | **Magistrate Judge Karen L. Litkovitz** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **M & M Cartage Company, Inc.,** *et al.*, ) | **PLAINTIFF AND DEFENDANTS'** |
| ) | **JOINT MOTION TO APPROVE** |
| **Defendants.** ) | **SETTLEMENT AGREEMENT** |
| ) | |
| **vs.** ) | |
| ) | |
| **Cody N. Tackett** ) | |
| ) | |
| **Third-Party Defendant.** ) | |

## PLAINTIFF AND DEFENDANTS' JOINT MOTION
## TO APPROVE SETTLEMENT

Following a fatal motor vehicle collision that occurred on or about October 9, 2017, Ms. Robinson was appointed the representative of Mr. Tackett's estate in Mingo County, West Virginia. *See* Affidavit of Executrix Pursuant to West Virginia Code §44-1-13 attached as Exhibit A. After being appointed as Executrix, Mr. Robinson filed the action before this Court pursuant to Ohio's wrongful death statute, O.R.C. 2125.02(A)(1).

Plaintiff and Defendants have recently reached a good faith settlement, made in the best interest of all parties. Plaintiff and Defendants jointly drafted the proposed Settlement Agreement, attached hereto as Exhibit B. The settlement funds will be disbursed as follows:

| | |
|---|---|
| Gross Settlement: | $1,800,000.00 |
| Attorney Fee: | $600,000.00 |
| Attorney Costs: | $39,574.45 |
| Protected Fees: | $23,386.35 |
| Net to Melissa Tackett: | $857,440.67 |
| Net to Cody Tackett: | $279,598.53 |

Pursuant to R.C. 2125.02(C), "[a] personal representative appointed in this state, with the consent of the court making the appointment and at any time before or after the commencement of a civil action for wrongful death, may settle with the defendant the amount to be paid".

Ms. Robinson was appointed the personal representative of the Estate of Carl Tackett in Mingo County, West Virginia Court. However, West Virginia law does not have a procedural mechanism under which to seek permission from the Mingo County Court to enter into a settlement. In addition, counsel for Defendant contacted the Mingo County Court and requested a conference for the purpose of obtaining consent to enter into a settlement. Unfortunately, the Mingo County Court refused to grant a conference because West Virginia law does not give that court authority consent or approve settlements. Rather, the Court only rules on distribution of settlement proceeds.

Based upon the foregoing, and in reconciliation of West Virginia law and O.R.C. 2125.02 (C), Plaintiff and Defendant hereby request that this Court:

(1) Give full faith and credit to, and recognizes West Virginia's appointment of Ms. Robinson as the personal representative of the Estate of Carl Tackett.

(2) Appoint Teresa R. Robinson as the Administrator for the Estate of Carl Tackett, for the limited purpose of entering into a settlement agreement in this case.

(3) Authorize Ms. Tackett, as the personal representative of the Estate of Carl Tackett, to enter into (i.e. execute) the proposed Settlement Agreement with the Defendants in this case.

(4) Approve the distribution of the settlement funds as indicated above.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Jay Leizerman email approval 5/21/19* | */s/ Kenneth A. Calderone* |
| Michael Jay Leizerman (0063945) | Kenneth A. Calderone (0046860) |
| Joshua M. Leizerman (0088359) | Carol N. Tran (0089192) |
| Leizerman & Associates | Hanna, Campbell & Powell, LLP |
| 3450 W. Central Avenue, Suite 328 | 3737 Embassy Parkway, Suite 100 |
| Toledo, OH  43606 | Akron, OH  44333 |
| Email:  michael@leizerman.com | Telephone: (330) 670-7324 / (330) 670-7337 |
|            josh@leizerman.com | Facsimile:   (330) 670-7440 / (330) 670-7456 |
| | Email:  kcalderone@hcplaw.net |
|           and | ctran@hcplaw.net |
| | *Attorneys for Defendants* |
| Charles M. Rittgers (0086567) | |
| Rittgers & Rittgers | |
| 12 East Warren Street | |
| Lebanon, OH  45016 | |
| Email:  charlie@rittgers.com | |
| *Attorneys for Plaintiff* | |

*/s/ Susanne M. Cetrulo email approval* 5/22/19
Susanne M. Cetrulo, Esq.
Cetrulo, Mowery & Hicks, PC
130 Dudley Road, Suite 200
Edgewood, KY  41017
Email:  susanne@cetrulolaw.com
*Attorney for Third-Party Defendant Cody N. Tackett*

## **CERTIFICATE OF SERVICE**

This document was filed on June 3, 2019, using the court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this document through the Court's electronic filing system. Copies of this filing were mailed to the parties not on the Court's electronic filing system.

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
Carol N. Tran (0089192)
*Attorneys for Defendants/Third Party Plaintiffs*
*M & M Cartage Company, Inc., and Eric L. Randolph*

<<HCP #1052941-v1>>